**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Oct. 13, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 13th day of October, 2011, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are hereby **DENIED.**

**Fatin ALKHAFAJI, Administrator C.T.A., of the Estate of Abbass Alkhafaji, Deceased, Individually and as Natural Guardian of Her Minor Children, Petitioner**

v.

**TIAA–CREF, Individual and Institutional Services, LLC, Ahmed Alkhafaji, Alliah Alkhafaji and Sheameh Alkhafaji–Aldualisi, Respondents.**

Supreme Court of Pennsylvania.

Oct. 13, 2011.

### ORDER

. PER CURIAM.

**AND NOW,** this 13th day of October, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. The Petition is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

> Did the Superior Court err when it reversed the decision of the lower court and held that a change of beneficiary by will was not, as a matter of law, permitted when the notice provision of TIAA–CREF annuity contracts did not clearly and unambiguously preclude a beneficiary designation by will?